**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>NADEEM AKHTAR ANJUM, ET AL.,<br><br>  Defendants. | Case No.: 2:24-cv-00756-DJC-AC<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE** |

On October 16, 2024, Defendant Nadeem Akhtar Anjum filed an answer proceeding in propria persona. *See* ECF No. 10. On January 30, 2025, Defendant Shazia Anjum filed an answer proceeding in propria persona. *See* ECF No. 12. As all defendants are proceeding in propria persona, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings. *See* E.D. Cal. L.R. 302(c)(21).

Any pending deadlines and hearings set before the assigned District Judge are VACATED. All documents hereafter filed with the Clerk of the Court shall bear case number: 2:24-cv-00756-DJC-AC (PS).

IT IS SO ORDERED.

Dated: January 31, 2025        /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

1