UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON, | No. 2:24-cv-0756 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| NADEEM AKHTAR ANJUM and SHAZIA ANJUM, | |
| Defendants. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On January 2, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 11. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 2, 2025, are adopted in

1

1  full;

2      2. Plaintiff's motion for default judgment (ECF No. 8) is DENIED.

3      3. This matter is referred back to the assigned Magistrate Judge for all further
4  pretrial proceedings.

   IT IS SO ORDERED.

Dated:   **May 7, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE