UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NADEEM AKHTAR ANJUM and<br>SHAZIA ANJUM,<br><br>　　　　Defendants. | No.  2:24-cv-0756 DJC AC<br><br><br>ORDER |

　　　　This case was filed on March 12, 2024.  ECF No. 1.  Plaintiff moved for default judgment on September 10, 2024.  ECF No. 8.  Both defendants subsequently appeared in pro se, and this case was referred to the undersigned for all pretrial matters pursuant to Local Rule 302(c)(21) on February 3, 2025.  ECF No. 13.  On May 5, 2025, the District Judge denied the motion for default judgment.  ECF No. 14.  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for July 23, 2025 at 10:00 a.m. before Magistrate Judge Allison Claire.  All parties shall appear by counsel or in person if acting without counsel.
2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:
    a. Possible joinder of additional parties;

      b.  Any expected or desired amendment of the pleadings;

      c.  Jurisdiction and venue;

      d.  Anticipated motions and their scheduling;

      e.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      f.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

      g.  Special procedures, if any;

      h.  Estimated trial time;

      i.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

      j.  Whether the case is related to any other cases, including bankruptcy;

      k.  Whether a settlement conference should be scheduled;

      l.  Any other matters that may add to the just and expeditious disposition of this matter

    IT IS SO ORDERED.

DATED: May 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE