UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ROBINSON,

Plaintiff,

v.

NADEEM AKHTAR ANJUM and
SHAZIA ANJUM,

Defendants.

No.  2:24-cv-0756 DJC AC PS

ORDER

Plaintiff is proceeding in this action with counsel, and both defendants are proceeding in pro se.  Pretrial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  This action was filed on March 12, 2024.  ECF No. 1.  After initially failing to appear, defendants appeared after plaintiff moved for default judgment, and default judgment was denied.  ECF Nos. 11, 14.  A schedule was set for the case.  ECF No. 18.  On February 19, 2026, plaintiff filed a motion for default judgment to be heard on the papers on April 1, 2026.  ECF Nos. 21, 22.  Pursuant to Local Rule 230(c), defendants were required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was March 5, 2026.  Defendants did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that defendants shall show cause, in writing, within 14 days, why the court should not construe their failure to respond as a statement

1

of non-opposition.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If defendants fail to respond, the undersigned will construe their lack of response as a statement of non-opposition.

IT IS SO ORDRED.

DATED:  March 11, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE