UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ROBINSON,

          Plaintiff,

    v.

NADEEM AKHTAR ANJUM and SHAZIA ANJUM,

          Defendants.

No.  2:24-cv-0756 DJC AC

ORDER

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On April 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 24.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed April 8, 2026, are adopted in full;

1

2. Plaintiff's motion for summary judgment (ECF No. 21) is GRANTED;

3. Plaintiff is awarded $8,000 in statutory damages;

4. Defendants are ordered to provide accessible parking at the Property in compliance with the 2010 ADA Standards for Accessible Design and California Building Code within six months of the entry of judgment; and

5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Robi0756.801

2