UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBINSON,<br>Plaintiff,<br>v.<br>NADEEM AKHTAR ANJUM and SHAZIA ANJUM,<br>Defendants. | No. 2:24-cv-0756 DJC AC<br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 19, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 29. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 19, 2026, are adopted in full; and

2. Plaintiff's motion at ECF No. 27 is GRANTED and Plaintiff be awarded $8,300.50 in attorney's fees and costs.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE