Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
21163 Newport Coast Drive #206
Newport Coast, CA 92657
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff David Robinson

LAW OFFICE OF RICK MORIN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Robinson,<br><br>Plaintiff,<br>v.<br><br>Nadeem Akhtar Anjum and Shazia Anjum,<br><br>Defendants. | Case No. 2:24-cv-00756-DJC-AC<br><br>**AMENDED JUDGMENT** |

This action came before the Court on the motion of plaintiff David Robinson for summary judgment against defendants Nadeem Akhtar Anjum and Shazia Anjum. The Court granted that motion, and Judgment was entered in favor of plaintiff and against defendants on May 22, 2026. *See* ECF Nos. 25, 26. Plaintiff, as the prevailing party, then moved for an award of attorney's fees and costs. The Court granted that motion and awarded plaintiff $8,300.50 in attorney's fees and costs. *See* ECF Nos. 29, 30. The Court now enters this Amended Judgment to state in a single document both the relief granted on summary judgment and the award of attorney's fees and costs.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of plaintiff David Robinson and against defendants Nadeem Akhtar Anjum and Shazia Anjum on plaintiff's claims under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and the Unruh Civil Rights Act, California Civil Code §§ 51 to 53.

2. Plaintiff shall recover from defendants, jointly and severally, statutory damages under

LAW OFFICE OF RICK MORIN

the Unruh Civil Rights Act in the amount of $8,000.00.

3. Defendants shall provide accessible parking at the real property located at 720 Florida Street, Vallejo, California, in compliance with the 2010 ADA Standards for Accessible Design and the California Building Code, no later than November 22, 2026, which is six months after the entry of the original Judgment.

4. Plaintiff shall recover from defendants, jointly and severally, attorney's fees and costs in the amount of $8,300.50. That amount consists of $7,320.00 in attorney's fees and $980.50 in litigation costs and expenses.

5. Plaintiff shall recover from defendants, jointly and severally, a total monetary award of **$16,300.50**, comprising the $8,000.00 in statutory damages and the $8,300.50 in attorney's fees and costs. Post-judgment interest shall accrue on this amount at the rate set by 28 U.S.C. § 1961.

6. This Amended Judgment supersedes and replaces the Judgment entered on May 22, 2026.

Dated: September 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE